## <u>DECLARATION OF DR. SAMIRA ASGARI</u>

I, Dr. Samira Asgari, state and affirm the following:

1. I am an Iranian-born scientist and medical researcher.  I hold a doctorate degree from the École Polytechnique Fédérale de Lausanne (EPFL) in Switzerland.  I am an expert in genomics, infectious diseases, and computational biology.  My research focuses on state-of-the-art sequencing technologies that allow me to find the variants that confer susceptibility to infections.  During my stay at EPFL I have been working mostly on pediatric infections.  I am particularly interested in understanding the role of human genomic variations on susceptibility to infections and the progression of infectious disorders.  In addition to other grants and awards, I was proud to receive the Swiss National Science Foundation Early Postdoc Mobility Grant in October of 2016 and to be a finalist for the ASHG/Charles J. Epstein Trainee Award for Excellence in Human Genetics Research in October of 2015.

2. Dr. Soumya Raychaudhuri, a scientist and physician at Brigham and Women's Hospital, runs one of the world's most respected human genomics laboratories.  Dr. Raychaudhuri is widely renowned for, among other works, his attempts to elucidate the role of human genetic variation in tuberculosis progression.

3. I was honored, therefore, when Dr. Raychaudhuri recruited me to join his laboratory for post-doctoral training on a project in line with my doctoral training and with particular focus on tuberculosis progression.  My work in the laboratory will be to further explore the role of human genetic variations, using genomics approaches, as it relates to tuberculosis.  This research will further our collective understanding of basic biology and translational medicine, and it will lead to the development of safer and more effective drugs for the treatment of tuberculosis.

4. I was particularly excited to have the opportunity to perform this research in the Boston area.  Not only is Dr. Raychaudhuri's laboratory affiliated with Harvard Medical School, giving me access to the world's foremost researchers and clinicians, but also Boston is a cultural hub in which I was eager to become immersed.

5. On November 30, 2016, after learning that I would have the opportunity to come to Boston to work with Dr. Raychaudhuri and to conduct my research, I applied for a J-1 visa.  I quit my job working in a genomics laboratory in Lausanne, Switzerland and arranged to lease my apartment.  On January 25, 2017, I was thrilled to receive confirmation from the United States Embassy in Switzerland that my visa application had been approved.  My visa was issued two days later on January 27, 2017.  A true and accurate reproduction of the identifying page of my passport and the enclosed visa is attached hereto as **<u>Exhibit A</u>**.

6. I promptly made arrangements to fly to Boston.  I booked a ticket for Saturday, January 28, 2017 to fly from Zurich, Switzerland to Boston, via Frankfurt, Germany, aboard Lufthansa Air Lines ("Lufthansa").

7. On the morning of Saturday, January 28, I completed the first leg of my voyage from Zurich to Frankfurt without incident.  However, when I arrived at the gate to board the flight from Frankfurt to Boston, I was turned away.  A person in front of the Lufthansa gate, who introduced himself as a consulate of the United States of America in Frankfurt, told me that I was ineligible to board a flight to the United States because of an executive order issued by the President of the United States on January 27, 2017, entitled "Protection of the Nation From Foreign Terrorist Entry Into the United States."

8. I was heartbroken because I was so eager to go to Boston to continue my research.

9. I returned to Zurich and sought the assistance of an attorney in the United States.  Through a mutual contact, I was put in touch with Attorney Noah Kaufman of the law firm of Morgan, Lewis & Bockius LLP.

10. From Attorney Kaufman, I learned that in the matter of *Tootkaboni v. Trump*, a case pending in the United States District Court for the District of Massachusetts, the Honorable Allison D. Burroughs and the Honorable Judith Gail Dein issued a Temporary Restraining Order (the "Order") that granted relief from the President's executive order to individuals like me, who hold valid visas for entry into the United States.

11. In reliance on the Order, on Monday, January 30, 2017, I booked another flight to the United States.  My flight, Swiss International Air Lines ("SWISS") Number LX52, was scheduled to depart from Zurich at 5:25 p.m. local time on Tuesday, January 31, 2017, and arrive in Boston at approximately 8:00 p.m.  A true and accurate reproduction of my ticket purchase confirmation and boarding pass is attached hereto as **Exhibit B**.

12. On the morning of Tuesday, January 31, 2017, I was in the process of getting to the airport in Zurich when I received a telephone call from a representative at SWISS who informed me that I would not be permitted to board Flight LX52.

13. I remained hopeful that I would be permitted to board the flight and I continued to the airport.  Once I arrived, I cleared security and checked my bags.

14. When I arrived at the gate, I was met by a SWISS customer service representative who identified herself as Sibylle Port.  Ms. Port told me that SWISS had been directed by Customs and Border Protection that I should not be permitted to board the flight to Boston.  I showed Ms. Port a copy of the Order, but she responded that SWISS was obligated to comply with the express directive of Customs and Border Protection that I was not to board the flight.  At my request, Ms. Port spoke directly to Attorney Kaufman, but Ms. Port remained adamant that I would not be allowed onboard as a result of the Customs and Border Protection directive.

15. I observed that Ms. Port had a printed copy of the directive from Customs and Border Protection.  I was able to take a picture of the directive using my cellphone and I promptly sent the picture to Attorney Kaufman.  I am informed and believe that Attorney

Kaufman has a copy of the photograph and can produce it to the Court upon request.  I also have an original copy of the Customs and Border Protection directive in my possession.

16. My luggage was removed from the airplane and the flight departed without me.

*[Signature page follows]*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 31, 2017,

Dr. Samira Asgari

# Exhibit B

# Ticket
# Travel Itinerary

## Service center

| | |
|---|---|
| Calling from Switzerland | 0848 700 700 |
| Calling from Zurich | +41 (0) 848 700 700 |

## Passenger

ASGARI/SAMIRAMS

## Document

| | |
|---|---|
| Reservation number | 24TBRL |
| Ticket number | 7242304372371 |
| Issued | 30/1/2017 |
| Issuer | SWISS.COM |
| Issue place | SWITZERLAND |
| Page | 1 of 4 |

## Flight 1

**Flight**
LX52

**From**
Zurich (ZRH)
Zurich

**To**
Boston (BOS)
Logan Intl Arpt

| Departure date | Departure time |
|---|---|
| 31 January 2017 | 17:25 |

**Latest check-in**
16:45

| Arrival date | Arrival time |
|---|---|
| 31 January 2017 | 20:05 |

| Check-in baggage | Hand baggage |
|---|---|
| 1 piece, up to 50lb / 23kg, max size up to 62li / 158lcm | 1 piece up to 18lb / 8kg , max size up to 46li / 118lcm |
| (width + depth + height) | (width + depth + height) |

| Travel class | Booking / Ticket Status |
|---|---|
| Economy (V) | Confirmed / Airport control |

| Flight operated by | On behalf of |
|---|---|
| Swiss International Air Lines | |

| Not valid before | Not valid after |
|---|---|
| 31 January | 31 January |

All times are local times

## SWISS Choice / other services

Second Bag

## Flight 2

**Flight**
LX53

**From**
Boston (BOS)
Logan Intl Arpt

**To**
Zurich (ZRH)
Zurich

| Departure date | Departure time | Terminal |
|---|---|---|
| 07 February 2017 | 21:45 | E |

**Latest check-in**
20:30

| Arrival date | Arrival time |
|---|---|
| 08 February 2017 | 11:00 |

You arrive on the next day

| Check-in baggage | Hand baggage |
|---|---|
| 1 piece, up to 50lb / 23kg, max size up to 62li / 158lcm | 1 piece up to 18lb / 8kg , max size up to 46li / 118lcm |
| (width + depth + height) | (width + depth + height) |

| Travel class | Booking / Ticket Status |
|---|---|
| Economy (K) | Confirmed / Open for Use |

| Flight operated by | On behalf of |
|---|---|
| Swiss International Air Lines | |

| Not valid before | Not valid after |
|---|---|
| 07 February | 07 February |

All times are local times

## SWISS Choice / other services



# Receipt

## Service center

| Calling from Switzerland | 0848 700 700 |
|---|---|
| Calling from Zurich | +41 (0) 848 700 700 |

## Passenger

ASGARI/SAMIRAMS

## Document

| Reservation number | 24TBRL |
|---|---|
| Ticket number | 7242304372371 |
| Issued | 30/1/2017 |
| Issuer | SWISS.COM |
| Issue place | SWITZERLAND |
| Page | 2 of 4 |

## Fare details

| Item | | CHF |
|---|---|---|
| Fare | | 302.00 |
| Taxes | International Surcharge (YQ) | 356.00 |
| | Airport Passenger Security & Noise Charge (CH) | 35.00 |
| | Customs User Fee (YC) | 5.50 |
| | Transportation Tax (US) | 18.00 |
| | Transportation Tax (US) | 18.00 |
| | Aphis Passenger Fee (XA) | 4.00 |
| | Immigration User Fee (XY) | 7.00 |
| | Passenger Civil Aviation Security Fee (AY) | 6.00 |
| | Passenger Facility Charge (XF) | 4.50 |
| Charges  Fees* | | 43.00 |
| Grand total | | 799.00 |

* The amount includes fees such as e.g. service fee, OPC, etc. For details please contact your nearest SWISS Service Center.

## Form of payment

| Ticket/Fees: Credit Card Master Card | CA XXXXXXXXXXXX3499 | 799.00 |
|---|---|---|

## Endorsement/restrictions

NONREF/FL/CHG RESTRICTED CHECK FARE NOTE -BG LX



# Baggage provisions

## Service center

| | |
|---|---|
| Calling from Switzerland | 0848 700 700 |
| Calling from Zurich | +41 (0) 848 700 700 |

## Passenger

**ASGARI/SAMIRAMS**

## Document

| | |
|---|---|
| Reservation number | **24TBRL** |
| Ticket number | **7242304372371** |
| Issued | 30/1/2017 |
| Issuer | SWISS.COM |
| Issue place | SWITZERLAND |
| Page | 3 of 4 |

### 1 Zurich (ZRH) → Boston (BOS)    Flight LX52    Economy (V)

| | Quantity | Price | Weight | Size |
|---|---|---|---|---|
| Carry-on baggage | 1 piece | n/a | up to 18lb / 8kg | up to 46li / 118lcm |
| Baggage allowance | 1 piece | n/a | up to 50lb / 23kg | up to 62li / 158lcm |
| 2nd baggage charge | 1 piece | CHF 90.00 | up to 50lb / 23kg | up to 62li / 158lcm |
| Prepaid 2nd baggage charge | 1 piece | CHF 75.00 | up to 50lb / 23kg | up to 62li / 158lcm |

### 2 Boston (BOS) → Zurich (ZRH)    Flight LX53    Economy (K)

| | Quantity | Price | Weight | Size |
|---|---|---|---|---|
| Carry-on baggage | 1 piece | n/a | up to 18lb / 8kg | up to 46li / 118lcm |
| Baggage allowance | 1 piece | n/a | up to 50lb / 23kg | up to 62li / 158lcm |
| 2nd baggage charge | 1 piece | CHF 90.00 | up to 50lb / 23kg | up to 62li / 158lcm |
| Prepaid 2nd baggage charge | 1 piece | CHF 75.00 | up to 50lb / 23kg | up to 62li / 158lcm |

## General baggage provisions

| Customer status | Destination | SWISS First | SWISS Business | SWISS Economy*** |
|---|---|---|---|---|
| HON, SEN*, Star Gold** | to / from / via US / CA | + 1 piece up to 32 kg | + 1 piece up to 32 kg | + 1 piece up to 23 kg |
| | worldwide (except to /from/via US/CA) | + 1 piece up to 32 kg + 1 set of golf equipment | + 1 piece up to 32 kg + 1 set of golf equipment | + 1 piece up to 23 kg + 1 set of golf equipment |
| Frequent traveller* | worldwide | General allowance | General allowance | + 1 piece up to 23 kg |
| Miles & More members | worldwide | no additional baggage allowance | no additional baggage allowance | no additional baggage allowance |
| SWISS Golf Traveller* | worldwide | + 1 set of golf equipment | + 1 set of golf equipment | + 1 set of golf equipment |

Members of other frequent flyer programme should contact the relevant operator
\* Applies to flights operated by SWISS, Lufthansa and Edelweiss Air
\*\* Applies to flights operated by Star Alliance member airlines
\*\*\* For SWISS Light fares no additional baggage allowance applies



# Important information

## Passenger

ASGARI/SAMIRAMS

## General information

All times noted are local times. Please keep this receipt with you throughout your journey. Your ticket is stored in our reservations system. As with all airline tickets your ticket is not transferable to others.

## Dangerous goods

No dangerous goods are allowed in either checked baggage or carry-on- baggage. More information on swiss.com/dangerousgoods

## Bringing liquids on board

In compliance with international security regulations, any liquid items (including gels, pastes and similar) which are carried into the aircraft cabin must be packed in individual containers with a capacity of not more than 100 ml (1 dl).

## Air passenger rights

If you are denied boarding or if your flight is cancelled or delayed for at least two hours, ask at the check-in counter or boarding gate for the text stating your rights, particularly with regard to compensation and assistance. Regulation (EC) no. 261/2004.

## Air transportation notice

For liability issues and other transport conditions, please refer to the SWISS general conditions of carriage available at any Swiss International Air Lines sales office, or on swiss.com.

## Service center

| Calling from Switzerland | 0848 700 700 |
|---|---|
| Calling from Zurich | +41 (0) 848 700 700 |

## Document

| Reservation number | 24TBRL |
|---|---|
| Ticket number | 7242304372371 |
| Issued | 30/1/2017 |
| Issuer | SWISS.COM |
| Issue place | SWITZERLAND |
| Page | 4 of 4 |

## Important notice

The contract of carriage between you and SWISS is governed by applicable law and by our Conditions of Carriage, which you can consult on our swiss.com website. Please note that, in accordance with Article 3.3 of our Conditions of Carriage, this fare is only valid if the flights are taken in the booked sequence. Otherwise the fare will be recalculated based on the actual flight routing.

The liability of SWISS or other carriers is subject to the Montreal/Warsaw Convention and/or EC Regulation 2027/97. In the event of death or bodily injury, SWISS has waived the liability limits imposed by the Warsaw Convention, and has waived the defence that it has taken all necessary measures to avoid damage up to a liability of 113,100 special drawing rights (SDR) per passenger. In the event of death or bodily injury, SWISS will make an advance payment in accordance with EU law.

Additional baggage fees may apply.

The authorities of certain countries may require us to transfer specific travel data to them relating to your journey, for security and immigration purposes. You authorise us to transfer, for these purposes, so-called passenger name record (PNR) data such as your name, date of birth, home address, contact phone numbers, information on your travel partner, date of reservation, ticket issuance, payment information, travel itinerary, frequent flyer number, information concerning your baggage and/or changes to the PNR. You are aware that such data could be transferred to countries whose data protection provisions are not as strict as those provided under Swiss law.

## More information online

Easy check-in by internet
swiss.com/webcheckin

Latest check-in time for your airport
swiss.com/ch/en/prepare/check-in/checkin-times

For complaints and compliments
swiss.com / customerservice

Your contact for further inquiries
swiss.com / contacts

SWISS wishes you a pleasant flight.



# Boarding pass



Passenger name: ASGARI/SAMIRAMS
E-ticket number: 724 2304 372 371-1

Y

Frequent flyer number:
Check-in sequence: 37

## From Zurich (ZRH) to Boston (BOS)

Flight LX52

| Date | Departure | Booking class | Gate | Boarding time | Seat |
|---|---|---|---|---|---|
| 31 January, 2017 | 17:25 | Economy Class (V) | N/A | 16:25 | 39K |

Please be at the departure gate at the boarding time stated. Otherwise, your seat may be re-assigned.

## Baggage allowance

| Baggage type | | Quantity / Weight | Size |
|---|---|---|---|
|  | Free checked baggage for flights operated by SWISS. | See E-Ticket terms and conditions for detailed baggage allowance. Additional baggage allowance may apply for Frequent Flyers or if purchased separately. | |
| | Carry-on baggage for flights operated by SWISS. | max. 1 × 8 kg | An item of baggage must not exceed 55 × 40 × 23 cm |

## Travel information

### Baggage drop-off

Please report with your baggage to
**the Baggage drop-off counter at Check-in 3 if arriving by train, otherwise to the Baggage drop-off counter in Check-in 1.**
If you are travelling with hand baggage only, you may proceed directly to your departure gate.
Kindly consult our website for the latest check-in times of your departure airport: swiss.com/latest_checkin.



**Dangerous goods**
No dangerous goods are allowed in either checked baggage or carry-on-baggage. For detailed information check swiss.com/dangerousgoods.

**Bringing liquids on board**
In compliance with international security regulations, any liquid items (including gels, pastes and similar) which are carried into the aircraft cabin must be packed in individual containers with a capacity of **not** more than 100 ml (1 dl).

**Air passenger rights**
If you are denied boarding or if your flight is cancelled or delayed for at least two hours, ask at the check-in counter or boarding gate for the text stating your rights, particularly with regard to compensation and assistance. Regulation (EC) no. 261/2004.

**Air transportation notice**
For liability issues and other transport conditions, please refer to the SWISS general conditions of carriage available at any Swiss International Air Lines sales office, or on www.swiss.com.

A STAR ALLIANCE MEMBER

