# Morgan Lewis

**Noah J. Kaufman**
+1.617.341.7590
noah.kaufman@morganlewis.com

February 3, 2017

**VIA CM/ECF**

The Honorable Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

**Re:** *Asgari v. Trump et. al*, **Case No. 17-cv-10182-ADB**

Dear Judge Burroughs:

My firm represents Dr. Samira Asgari, the Plaintiff in the above-captioned matter. I am pleased to inform you that Dr. Asgari successfully traveled to the United States and cleared customs earlier today. In light of Dr. Asgari's arrival, we no longer require an emergency hearing on Dr. Asgari's motion seeking a temporary restraining order. Instead, we believe this civil action may proceed in the ordinary course. This letter confirms my earlier request to your chambers staff that the hearing scheduled for Monday, February 6, 2017 be cancelled. We have communicated our request to defense counsel and believe that all parties are in agreement.

Thank you for providing us with an opportunity to be heard on an emergency basis and for your attention to this matter.

Respectfully,

/s/ Noah J. Kaufman

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of the Court to be served by the Court's electronic filing system on this 3rd day of February, 2017.

/s/ Noah J. Kaufman

**Morgan, Lewis & Bockius LLP**

One Federal Street
Boston, MA  02110-1726          T +1.617.341.7700
United States                    F +1.617.341.7701

**Morgan, Lewis & Bockius LLP**