UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DR. SAMIRA ASGARI,

    *Plaintiff*,

v.

DONALD TRUMP, President of the United States;
JOHN KELLY, Secretary of the Department of
Homeland Security; KEVIN K. MCALEENAN,
Acting Commissioner of the Customs and Border
Patrol Division of DHS; and WILLIAM
MOHALLEY, Boston Field Director of the CBP,

    *Defendants*.

Case No. 17-cv-10182-ADB

Date: May 31, 2017

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Dr. Samira Asgari brought this action to challenge the Defendants' enforcement of an Executive Order purporting to bar entry into the United States by nationals of certain Muslim majority countries. The implementation of a revised version of the Executive Order has been enjoined. *See Int'l Refugee Assistance Project v. Trump*, No. 17-cv-00361 (D. Md. Mar. 16, 2017), *aff'd*, No. 17-1351 (4th Cir. May 25, 2017); *State of Hawai'i v. Trump*, No. 17-00050 (D. Haw. Mar. 15, 2017). Pursuant to Fed. R. Civ. P. 41(a), Dr. Asgari hereby dismisses the above-captioned action without prejudice.

Respectfully submitted,

*/s/ Noah J. Kaufman*
Thane D. Scott (BBO No. 449340)
Sabin Willett (BBO No. 542519)
Julia Frost-Davies (BBO No. 630590)
Nathaniel P. Bruhn (BBO No. 681994)
Noah J. Kaufman (BBO No. 678968)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110-1726
617.951.8000

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court to be served by the Court's electronic filing system on this 31st day of May, 2017.

*/s/ Noah J. Kaufman*